IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| EDDIE SLAUGHTER and SLAUGHTER FARMS INC, | * |
| | * |
| Plaintiffs, | Case No. 4:12-cv-94 (CDL) |
| v. | * |
| UNITED STATES DEPARTMENT OF AGRICULTURE, et al., | * |
| | * |
| Defendants. | |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 8, 2013, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiffs shall recover nothing of Defendants. Defendants shall also recover their costs of this action.

This 13th day of March, 2013.

Gregory J. Leonard, Clerk

s/ Terrie L. Smith, Deputy Clerk